UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA )   Case Number: CR 14-6084-SNOW
          Plaintiff )
                         )   REPORT COMMENCING CRIMINAL
      -vs-               )           ACTION
                         )     05024-104
ALEXANDER HARVEY JOHNSON )
          Defendant      )    USMS NUMBER
*********************************************************

TO: Clerk's Office    MIAMI  (FT. LAUDERDALE)  W. PALM BEACH
    U.S. District Court          FT. PIERCE
                           (circle one of above)
NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE.
*********************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 3/28/14 - 9:40 A.M.    (am)/pm

(2) Language Spoken: English

(3) Offense(s) Charged: 18 USC 2422(b) - Enticement of A Minor

(4) U.S. Citizen  [X] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 09/18/73

(6) Type of Charging Document: (check one)
    [ ] Indictment   [X] Complaint to be filed/(already filed)
    Case# 14-6084-SNOW

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SDFL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES  [ ] NO

Amount of Bond: $
Who set Bond:

(7) Remarks:

(8) Date: 3/28/14           (9) Arresting Officer: Daniel Johns
(10) Agency: FBI
                            (11) Phone: 954-658-8701
(12) Comments: