AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| United States of America | ) |
| v. | ) |
| ALEXANDER HARVEY JOHNSON | ) Case No. 14-6084-SNOW |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ALEXANDER HARVEY JOHNSON #05024-104,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Knowingly use a means of interstate or foreign commerce, to persuade, induce, entice, or coerce a minor who has not yet attained the age of 18 years to engage in sexual activity, in violation of Title 18, United States Code, Section 2422(b).

Date: 3/27/14

*Issuing officer's signature*

City and state: Fort Lauderdale, Florida

Lurana S. Snow, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/28/14, and the person was arrested on *(date)* 3/28/14
at *(city and state)* Fort Lauderdale, FL.

Date: 4/7/14

*Arresting officer's signature*

Sabrina Livingston, SDUSM
*Printed name and title*

949405T