UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-60074-CR-WILLIAMS
18 U.S.C. § 2422(b)

MAGISTRATE JUDGE
SIMONTON

UNITED STATES OF AMERICA

vs.

ALEXANDER JOHNSON,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

From in or about December, 2010, and continuing until in or about December, 2012, in Broward and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendant,

**ALEXANDER JOHNSON,**

using a facility and means of interstate commerce, did knowingly persuade, induce, entice and coerce an individual who had not attained the age of eighteen years, that is, M.M., to engage in any sexual activity for which a person can be charged with a criminal offense, and attempted to do so, in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL

FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
JODI ANTON
ASSISTANT UNITED STATES ATTORNEY

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

ALEXANDER JOHNSON,

**Defendant.**

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY\***

/ Superseding Case Information:

**Court Division**: (Select One)

Miami ____    Key West ____
FTL __X__    WPB ____    FTP ____

New Defendant(s) ____ Yes ____ No
Number of New Defendants ____
Total number of counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    __No__
   List language and/or dialect

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   I    0 to 5 days    __X__           Petty       ____
   II   6 to 10 days   ____            Minor       ____
   III  11 to 20 days  ____            Misdem.     ____
   IV   21 to 60 days  ____            Felony      __X__
   V    61 days and over ____

6. Has this case been previously filed in this District Court?    ____ (Yes or No)
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    __YES__

   If yes:
   Magistrate Case No.                              14-6084-LSS
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of            03/28/2014
   Defendant(s) in state custody as of
   Rule 20 from the District of

   Is this a potential death penalty case?    ____ (Yes or No)

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ____Yes    __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ____Yes    __X__ No

_____
JODI ANTON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court A5501753

Penalty Sheet(s) attached                                         REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: ALEXANDER JOHNSON          Case No: _____

Count: 1

Use of computer to entice a child to engage in sexual activity

18 U.S.C. § 2422(b)

**\* Max. Penalty:** mandatory minimum 10 years' to life imprisonment; $250,000 fine; 5 years' to life supervised release.

Count:

**\*Max. Penalty:**

Count:

**\*Max. Penalty:**

Count:

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.