UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-60074-CR-WILLIAMS/TURNOFF

UNITED STATES OF AMERICA

vs

ARRAIGNMENT INFORMATION SHEET

ALEXANDER JOHNSON (J)#05024-104          LANGUAGE: ENGLISH

The above named Defendant appeared before Chief Magistrate Judge BARRY S. SELTZER now on APRIL 14th, 2014, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address: IN CUSTODY/IF ON BOND SEE BELOW

DEFENSE COUNSEL:    Name: ALEX ARREAZA
                    Address: 320 W. OAKLAND PARK BLVD
                             FTL, FLORIDA 33311
                    Telephone: 954-565-7713

BOND SET/CONTINUED:    $

Bond hearing held: yes___  no___  Bond hearing set for_____

Dated this 14th day of APRIL 2014

STEVEN M. LARIMORE
COURT ADMINISTRATOR/CLERK OF COURT

By:     AARON TIJERINO
            Deputy Clerk

cc: COPY FOR JUDGE, AUSA
    DEFENSE COUNSEL/USPO (PTS)