UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-60074-CR-WILLIAMS

UNITED STATES OF AMERICA

     v.

ALEXANDER JOHNSON,

    Defendant.
_____/

## GOVERNMENT'S CONTINUING AND SUPPLEMENTAL RESPONSE TO THE STANDING DISCOVERY ORDER

Pursuant to the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial, the United States is hereby providing the following supplemental discovery materials:

1. Phone/Text Message Records
2. Defendant's statement- TN

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

    By:  /s/ Jodi L. Anton_____
        JODI L. ANTON
        Assistant United States Attorney
        Florida Bar No.184098
        U.S. Attorney's Office - SDFL
        500 E. Broward Boulevard
        Suite # 700
        Ft. Lauderdale, Florida
        Telephone: (954) 660-5692
        Facsimile: (954) 356-7336
        Email: Jodi.Anton@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 20, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Jodi Anton
Assistant U.S. Attorney