## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 14-60074-CR-WILLIAMS(s)
### 18 U.S.C. § 2422(b)
### 18 U.S.C. § 2251(a)

**UNITED STATES OF AMERICA**

**vs.**

**ALEXANDER JOHNSON,**

       **Defendant.**

_____/

FILED BY _____ D.C.

JUL 1 0 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1

From in or about December, 2010, and continuing until in or about December, 2012, in Broward and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendant,

**ALEXANDER JOHNSON,**

using a facility and means of interstate commerce, did knowingly persuade, induce, entice and coerce an individual who had not attained the age of eighteen years, that is, M.M., to engage in any sexual activity for which a person can be charged with a criminal offense, and attempted to do so, in violation of Title 18, United States Code, Section 2422(b).

### COUNT 2

From in or about November, 2012, and continuing until in or about December, 2012, in Broward and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendant,

**ALEXANDER JOHNSON,**

did employ, use, persuade, induce, entice, and coerce M.M., a minor, to engage in sexually explicit

conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction

was produced using materials that had been mailed, shipped, and transported in interstate and foreign

commerce, by any means, including by computer; in violation of Title 18, United States Code,

Sections 2251(a) and 2251(e).

A TRUE BILL

FOREPERSON


WIFREDO A. FERRER
UNITED STATES ATTORNEY


JODI ANTON
ASSISTANT UNITED STATES ATTORNEY

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

**CASE NO.** 14-60074-CR-WILLIAMS(s)

vs.

**ALEXANDER JOHNSON,**

**CERTIFICATE OF TRIAL ATTORNEY***

                   **Defendant.**

/ **Superseding Case Information:**

**Court Division:** (Select One)

Miami ____   Key West ____
FTL __X__   WPB ____   FTP ____

New Defendant(s) ____ Yes __X__ No
Number of New Defendants ___0___
Total number of counts ___2___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)     No
   List language and/or dialect     _____

4. This case will take ___5___ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

| | | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | __X__ | Petty | _____ |
| II | 6 to 10 days | _____ | Minor | _____ |
| III | 11 to 20 days | _____ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | __X__ |
| V | 61 days and over | _____ | | |

6. Has this case been previously filed in this District Court?     NO     (Yes or No)
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?     YES

   If yes:
   Magistrate Case No.     14-6084-LSS
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of     03/28/2014
   Defendant(s) in state custody as of
   Rule 20 from the District of

   Is this a potential death penalty case? _____ (Yes or No)

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? _____Yes __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? _____Yes __X__ No

JODI ANTON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court A5501753

Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>ALEXANDER JOHNSON</u>          **Case No**:  <u>14-60074-CR-WILLIAMS(s)</u>

Count: 1

<u>Use of computer to entice a child to engage in sexual activity</u>

<u>18 U.S.C. § 2422(b)</u>

**\* Max. Penalty:** mandatory minimum 10 years' to life imprisonment; $250,000 fine; 5 years' to life supervised release.

Count:

<u>Production of child pornography</u>

<u>18 U.S.C. §§ 2251(a) and (e)</u>

**\*Max. Penalty:** Mandatory minimum 15 to 30 years' imprisonment; $250,000 fine; 5 years to life supervised release.

Count:

**\*Max. Penalty:**

Count:

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.